UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a/s/o Kohler Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cv-00077-TL<br><br>ORDER REGARDING PARTIES' NOTICE OF SETTLEMENT |

In accordance with Local Civil Rule 11(b), the Parties notified the Court in an email dated March 4, 2022 that they have reached a settlement agreement in principle and that they are working to finalize the settlement. Parties also request that the pending motion for summary judgment (Dkt. No. 13), be stricken. Pursuant to Section VII of the Court's Standing Order for All Civil Cases, it is hereby:

ORDER REGARDING PARTIES'
NOTICE OF SETTLEMENT - 1

1     ORDERED that Parties shall submit a stipulated dismissal, pursuant to Federal Rule of
2 Civil Procedure 41(a)(1)(A), **within thirty (30) days of this Order**.

3     If the Parties do not submit a stipulated dismissal by the above deadline, the Court will
4 enter its standard order of post-settlement dismissal, allowing the Parties to reopen the case if
5 they have not perfected the settlement agreement **within sixty (60) days of the dismissal order**.

6     It is further ORDERED that the pending motion for partial summary judgment (Dkt. No.
7 13) and all pending deadlines in this case, including the trial date, are STRICKEN.

8     IT IS SO ORDERED.

9     Dated this 8th day of March 2022.

                                                     Tana Lin
                                                     United States District Judge